# THE JACOB D. FUCHSBERG LAW FIRM, LLP

**3 PARK AVENUE**
**SUITE 3700**
**NEW YORK, NEW YORK 10016**
**TEL: (212) 869-3500**
**FAX: (212) 398-1532**
**www.fuchsberg.com**

**ALAN L. FUCHSBERG**
**BRADLEY S. ZIMMERMAN\***
_____

**KEITH H. GROSS**
**AARON HALPERN\***
**JOSEPH LANNI\***
**CHRISTOPHER NYBERG\***
_____

**ANGELINA ADAM\***
**NEAL BHUSHAN\***
**ELI A. FUCHSBERG\***
**EDWARD HYNES**
**SHANNON MONTGOMERY\***
**JAEHYUN OH\***
**WALTER OSUNA\***
_____

**ALSO ADMITTED IN NEW JERSEY**

**JACOB D. FUCHSBERG**
**(1913-1995)**
_____

**ROSALIND FUCHSBERG KAUFMAN**
**COUNSEL EMERITUS**

**MELVIN C. HARTMAN**
**THOMAS S. HOWARD\***
**OF COUNSEL**

September 21, 2021

Hon. Glenn T. Suddaby
James T. Foley U.S. Courthouse
P.O. Box 7367
Syracuse, NY 13261-7367

          In Re: **Vira Tiffiany Hope, et al. v. Connie Kieltyka, C.N.M., et. al.**
                 Civil Action No. 1:21-cv-00691-GTS-ML

Dear Judge Suddaby:

      We are writing with regards to the above case to inform the Court that the infant plaintiff K.A.H. passed away on August 14, 2021. Enclosed please find a copy of the child's death certificate, which we recently obtained.

      We have begun the process of obtaining Letters of Administration for Vira Hope and are working on obtaining the documents necessary to apply to the Surrogate's Court for such letters so that she can be the representative plaintiff for the Estate of K.A.H. and so we can continue the litigation, further amend the Complaint, and continue providing authorizations. The parties will likely need an extension of discovery while we work on obtaining the Letters.

      Please contact me if the Court has any questions or requires any additional information.

                                            Respectfully submitted,

By: _____
                                      Christopher M. Nyberg
                                      The Jacob D. Fuchsberg Law Firm
                                      3 Park Avenue, 37th Floor
                                      New York, NY 10016

                                                Bar Roll No. 520026

CC: Carol Poles (via ECF)
     Cathleen B. Clark (via ECF)
     Kathryn Collins (via ECF)

# STATE OF OREGON
## CERTIFICATION OF VITAL RECORD

**OREGON HEALTH AUTHORITY**
**CENTER FOR HEALTH STATISTICS**
**CERTIFICATE OF DEATH**

| Field | Value |
|---|---|
| I.D. TAG NO. | 966766 |
| 1. Legal Name | First: K███  Middle: A███  Last: H███ |
| 2. Death Date | August 14, 2021 |
| 3. Sex | Female |
| 4. Age | 1 years |
| 5. Social Security Number | ███ |
| 6. County of Death | Klamath |
| 7. Birthdate | ███ |
| 8. Birthplace | Kingston, New York |
| 9. Decedent's Education | 8th grade or less |
| 10. Was Decedent of Hispanic Origin? | No |
| 11. Decedent's Race(s) | Black or African American |
| 12. Was Decedent Ever in U.S. Armed Forces? | No |
| 13. Residence: Number and Street | 4330 Arthur Street |
| 14. City/Town | Klamath Falls |
| 15. Residence County | Klamath |
| 16. State or Foreign Country | Oregon |
| 17. Zip Code + 4 | 97603 |
| 18. Inside City Limits? | No |
| 19. Marital Status at Time of Death | Never married |
| 20. Spouse's Name Prior to First Marriage | |
| 21. Usual Occupation | Child |
| 22. Kind of Business/Industry | Child |
| 23. Father's Name | Kyle Thomas Keith Jr. |
| 24. Mother's Name Prior to First Marriage | Vira Tiffiany Hope |
| 25. Informant's Name | Vira Tiffiany Hope |
| 26. Telephone Number | Not Available |
| 27. Relationship to Decedent | Mother |
| 28. Mailing Address | 4330 Arthur Street, Klamath Falls, OR 97603 |
| 29. Place of Death | Hospital-Emergency Room/Outpatient |
| 30. Facility Name | Sky Lakes Medical Center |
| 31. Location of Death | 2865 Daggett Avenue |
| 32. City/Town or Location of Death | Klamath Falls |
| 33. State | Oregon |
| 34. Zip Code + 4 | 97601 |
| 35. Method of Disposition | Cremation |
| 36. Place of Disposition | Pyramid Cremations |
| 37. Location | Klamath Falls, Oregon |
| 38. Name and Complete Address of Funeral Facility | O'Hair - Wards Funeral Chapel, 515 Pine Street, Klamath Falls, Oregon 97601 |
| 39. Date of Disposition | TBD |
| 40. Funeral Director's Signature | Gary J Mueller (Electronically Signed) |
| 41. OR License Number | FS-0588 |
| 42. Registrar's Signature | Cindey Rodgers |
| 43. Date Received | 8-24-21 |
| 44. Local File Number | 21-097 |
| 45. Amendment | |
| 46. Was case referred to Medical Examiner? | Yes |
| 47. Autopsy? | No |
| 48. Were autopsy findings available to complete the cause of death? | No |
| 49. Time of Death | 738pm |

**CAUSE OF DEATH**

50. Enter the chain of events - diseases, injuries, or complications - that directly caused the death. DO NOT ENTER TERMINAL EVENTS such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

| | Cause | Approximate Interval: Onset to Death |
|---|---|---|
| a. IMMEDIATE CAUSE | Cardiac Arrest | |
| b. Due to (or as a consequence of) | | |
| c. Due to (or as a consequence of) | | |
| d. Due to (or as a consequence of) | | |

51. Other significant conditions contributing to death, but not resulting in the underlying cause given above: CP

| Field | Value |
|---|---|
| 52. Manner of Death | Undetermined |
| 53. If Female | |
| 54. Did tobacco use contribute to death? | No |
| 55. Date of Injury | |
| 56. Time of Injury | |
| 57. Place of Injury | |
| 58. Injury at Work? | |
| 59. Location of Injury | |
| 60. Describe how injury occurred | |
| 61. If transportation injury, specify | |
| 62. Name and Address of Certifier | John Seidner 2865 Daggett Ave, Klamath Falls, OR 97601 |
| 63. Name and Title of Attending Physician if Other than Certifier | N/A |
| 64. Title of Certifier | MD |
| 65. License Number | MD126283 |
| 66. Date Signed | 8/19/21 |
| 67. Medical Certifier signature | JSeid |

69. Amendment

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORDS FACTS ON FILE IN THE OREGON CENTER FOR HEALTH STATISTICS.

Jennifer A. Woodward
JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR

DATE ISSUED: AUG 2 4 2021

THIS COPY IS NOT VALID WITHOUT INTAGLIO STATE SEAL AND BORDER.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE